UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    v.<br><br>RAMON L. AZCONA,<br>LUIS E. VALENZUELA, and<br>FNU LNU<br>   (a/k/a "Bernardo Diaz)<br>   (a/k/a "Juan") | Mag. No. 18-3803 (MF)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Craig Carpenito, United States Attorney for the District of New Jersey, by Jonathan M. Peck (Jonathan.Peck@usdoj.gov), Assistant United States Attorney, is appearing for the United States of America in the above-captioned matter.

                                        CRAIG CARPENITO
                                        United States Attorney

                                        s/  *Jonathan M. Peck*
                      By:   Jonathan M. Peck
                            Assistant United States Attorney

Dated:   January 15, 2019